# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4241
_____

CARL DANIEL TAYLOR,

   Petitioner,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

May 23, 2018

PER CURIAM.

   DENIED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee Meadows of The Law Office of Lee Meadows, Tallahassee, for Petitioner.

Christie S. Utt, General Counsel, and Nathaniel D. Sebastian, Assistant General Counsel, Tallahassee, for Respondent.